UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA F. WILLIAMS,<br>　　　　Plaintiff,<br><br>versus<br><br>CAREER SYSTEMS DEVELOPMENT<br>CORPORATION,<br>　　　　Defendant. | Civil Action<br>File No. 12-1279<br><br>Judge Martin L.C. Feldman<br><br>Magistrate Judge Sally Shushan |

### FINAL JUDGMENT

Pursuant to Defendant Career Systems Development Corporation's Motion for Entry of Final Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED** in its entirety, for reasons detailed in the Court's Order and Reasons. (Rec. Doc. 27).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. Rule Civ. Proc. 58.

Signed this __28th__ day of __January__, 2013.

_Martin L. C. Feldman_
DISTRICT JUDGE